UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ILOFF, | CASE NO.   1:08-cv-1508-AWI-MJS (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| C. HERRERA, et al., | |
| Defendants. | (ECF Nos. 23, 24, & 25) |
| | THIRTY DAY DEADLINE |

Plaintiff Kevin Iloff ("Plaintiff") is a state prisoner proceeding pro se in and forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court previously screened Plaintiff's initial Complaint and dismissed it for failure to state a claim. (Order, ECF No. 15.)  Plaintiff filed a First Amended Complaint on November 23, 2011.  (Am. Compl., ECF No. 20.)  This First Amended Complaint was dismissed on March 28, 2011, with leave to amend, for failure to state a claim. (ECF No. 22.) Plaintiff was to file a further amended complaint by April 28, 2012. He did not do so.

On May 11, 2012, the Court issued an Order to Show Cause directing Plaintiff to

either file an amended complaint or show cause as to why his action should not be dismissed. (ECF No. 23.) Plaintiff was to respond by May 23, 2012. (Id.) The deadline passed without Plaintiff filing a response or an amended complaint.

On June 14, 2012, the Court issued a Findings and Recommendations, recommending that Plaintiff's action be dismissed for failure to state a claim and failure to obey a court order. (ECF No. 24.) On June 27, 2012, Plaintiff filed objections to the Findings and Recommendations. (ECF No. 25.) In his objections, Plaintiff alleges that he tried to file his Second Amended Complaint on May 23, 2012. (Id.) Since Plaintiff alleges that he tried to comply with the Court's Order to Show Cause, the Court will exercise leniency and give Plaintiff one last chance to file a second amended complaint.

Accordingly, it is hereby ORDERED:

1. The Order to Show Cause issued on May 11, 2012 (ECF No. 23) is DISCHARGED;

2. The Findings and Recommendations issued on June 14, 2012 (ECF No. 24) is VACATED;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint;

4. <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

1  Dated:   June 29, 2012            /s/ *Michael J. Seng*
2                                UNITED STATES MAGISTRATE JUDGE